**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

FEDERAL TRADE COMMISSION,

    Petitioner,

vs.    Case No. 3:16-mc-45-J-34JRK

AFR FINANCIAL LLC,

    Respondent.

_____

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 4; Report), entered by the Honorable James R. Klindt, United States Magistrate Judge, on September 30, 2016. In the Report, Judge Klindt recommends that the Petition of the Federal Trade Commission be granted. See Report at 1, 3. Respondent has failed to file objections to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of fact are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615 at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 4) is **ADOPTED** as the opinion of the Court.

2. The Petition of the Federal Trade Commission for an Order Enforcing Administrative Investigative Process and Memorandum of Law (Dkt. No. 1) is **GRANTED**.

3. Respondent AFR Financial LLC shall have up to and including **November 17, 2016**, or at such a later date as may be established by the Federal Trade Commission, to fully comply with the CID issued by Petitioner.

4. The Clerk of the Court is directed to terminate all pending motions and deadlines as moot and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 2nd day of November, 2016.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record

AFR Financial LLC
c/o Kimona Fuartado
8018 Foxdale Dr.
Jacksonville, FL 32210

AFR Financial LLC
c/o Carla Austin
905 Rising Mist Ct.
Jacksonville, FL 32221